# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **vs.** ) | **CRIMINAL NO. 04-00072-WS** |
| ) | |
| **LARRY THOMAS DACUS,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

This matter is set for resentencing before the Court on **September 21, 2005** at **2:00 p.m.** in Courtroom 2-A. The defendant's motion for limited release, (Doc. 114, ¶ 1), is **denied**. The defendant is **ordered** to file a written waiver of physical presence, as he intends to do, (*id*., ¶ 3), prior to resentencing. Counsel for the defendant is **ordered** to make all necessary arrangements for a federal defender to be present with the defendant during resentencing, (*id*., ¶ 5), and to supply the courtroom deputy with all information necessary to place the telephone call to the facility at FPC Forrest City. (*Id*., ¶ 3).

The parties are reminded that resentencing allows the presentation of evidence only with respect to matters made newly relevant by *United States v. Booker*, 125 S. Ct. 738 (2005). (Doc. 112 at 2 n.6). This restriction would appear to preclude evidence concerning the defendant's post-offense rehabilitation efforts as well as evidence concerning the financial impact of incarceration on his family. *See* U.S.S.G. 5H1.6 and Application Note 1.B.

DONE and ORDERED this 12th day of September, 2005.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE